# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2018

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

157092(54)

JERMAINE HARRIS, Personal Representative
of the Estate of ANNIE RUTH FLIE,
        Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HOSPITAL & MEDICAL CENTER,
ANAND HIREMATH, M.D., LUNINGNING V.
REGALADO, M.D., NORMITA VICENCIO,
M.D., PC, WILLIAM I. MICHELS, III, D.O., and
DEARBORN FAMILY CLINIC, PC,
        Defendants,
and

JOSEPH C. FINCH, D.O., and JOSEPH C.
FINCH, D.O., PC,
        Defendants-Appellees.
_____/

SC: 157092
COA: 333389
Wayne CC: 14-006622-NH

        On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae in support of the motion for reconsideration and the application for leave to appeal is GRANTED. The amicus brief submitted on November 7, 2018, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk